IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN D. BREWER,

     Plaintiff,                     No. 2:12-cv-1555 DAD P

    vs.

YOSSI GROSSBAUM et al.,

     Defendants.          <u>ORDER</u>

                             /

        Plaintiff is a state prisoner proceeding pro se seeking relief pursuant to 42 U.S.C. § 1983. On July 12, 2012, the court ordered service of plaintiff's complaint on defendants. Plaintiff has since filed a "motion for damages." (Doc. No. 24.) It is not clear why plaintiff has filed this motion or what relief he seeks from the court. However, plaintiff is advised that such a motion appears to be unnecessary. If this matter ultimately goes to trial, a jury will determine whether plaintiff is entitled to an award of damages which he seeks, and of so, in what amount.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for damages (Doc. No. 24) is denied as unnecessary.

DATED: August 20, 2012.

                                        */s/ Dale A. Drozd*
                                      DALE A. DROZD
DAD:9                                UNITED STATES MAGISTRATE JUDGE
brew1555.mot

1