UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BREWER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOSSI GROSSBAUM et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-1555 WBS DAD P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed January 9, 2014, are adopted in full;

2. This case shall proceed on plaintiff's first amended complaint, specifically, plaintiff's First Amendment Free Exercise Clause claims against defendants Grossbaum and Peterson;

3. Defendants Elorza and West are dismissed;

4. Plaintiff's motions to join D. Thomason (Doc. Nos. 63 & 65) are denied; and

5. Defendants are directed to file <u>an answer</u> to plaintiff's amended complaint within thirty days.

Dated: February 11, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/brew1555.801

2