IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN D. BREWER,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**YOSSI GROSSBAUM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:12-cv-01555 DAD P<br><br>**ORDER** |

　　　Defendants Grossbaum and Petersen have filed a motion to modify the discovery and scheduling order in this case. Specifically, defendants move to vacate the September 26, 2014, deadline for filing pretrial motions in light of their recent filing of a motion to revoke plaintiff's in forma pauperis status under the "three strikes" rule set out in 28 U.S.C. 1915(g). In the interest of judicial economy and good cause appearing, the court will grant defendants' request.

　　　Accordingly, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion to modify the scheduling order (Doc. No. 83) is granted;

　　　2. The September 26, 2014, deadline for filing pretrial motions in this action as described in the court's discovery and scheduling order is vacated; and

/////

/////

3. The court will issue a revised deadline for filing pretrial motions if necessary after ruling on defendants' pending motion to revoke plaintiff's in forma pauperis status under the "three strikes" rule.

Dated: August 18, 2014

/brew1555.41mod

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE